**2010–2078.   State ex rel. Lutz v. Brilliant Water & Sewer Dist. Bd. of Trustees.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

## March 7, 2011

[Cite as *03/07/2011 Case Announcements*, 2011-Ohio-976.]

## MOTION AND PROCEDURAL RULINGS

**2010–1570.   State ex rel. Zeigler v. Allbritain.**
In Quo Warranto. Upon consideration of relator's request for oral argument, it is ordered by the court that the motion is granted. Oral argument is scheduled for Wednesday, March 23, 2011.

# CASE ANNOUNCEMENTS

## March 8, 2011

[Cite as *03/08/2011 Case Announcements*, 2011-Ohio-1022.]

## DISCIPLINARY CASES